JERRY L. WRIGHT
February 08, 2021

UNITED STATES DISTRICT COURT
for the Southern District of Indiana
Terra Haute Division

JERRY WRIGHT,             )
                        )
       Plaintiff,     )
                        )
   -vs-           )  No. 2:20-CV-00127
                        )
WEXFORD OF INDIANA, LLC,  )
MICHAEL MITCHEFF,      )
                        )
       Defendants.    )
_____ )

DEPOSITION OF JERRY L. WRIGHT

APPEARING REMOTELY FROM

CARLISLE, INDIANA

February 8th, 2021

8:00 a.m.

REPORTED BY:

Emily R. Pellegrino
CSR No. 084-004503
APPEARING REMOTELY FROM COOK COUNTY, ILLINOIS

JERRY L. WRIGHT
February 08, 2021

1       The deposition of JERRY L. WRIGHT, called by the

2   Defendants for examination, pursuant to notice and

3   pursuant to the Federal Rules and the Rules of the

4   Supreme Court thereof, pertaining to the taking of

5   depositions, for the purpose of discovery, taken

6   before Emily R. Pellegrino, Certified Shorthand

7   Reporter within and for the County of Cook and State

8   Illinois of, commencing at the hour of 8:20 a.m. on

9   the 8th day of February, 2021.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

JERRY L. WRIGHT
February 08, 2021

```
 1    REMOTE APPEARANCES:

 2         JERRY WRIGHT (DOC #142040)
           WABASH VALLEY CORRECTIONAL FACILITY
 3         6908 South Old US Highway 41
           P.O. Box 1111
 4         Carlisle, Indiana  47838

 5              Appearing Pro Se;

 6         CASSIDAY SCHADE, LLP
           MR. BRYAN R. FINDLEY
 7         101 West Ohio Street, Suite 1275
           Indianapolis, Indiana  46204
 8         (317) 613-2350
           bfindley@cassiday.com
 9
                Appearing on behalf of the Defendants.
10
                          *   *   *
11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

JERRY L. WRIGHT
February 08, 2021

```
 1

 2                    INDEX TO EXAMINATION

 3              WITNESS:  JERRY L. WRIGHT

 4

 5                                              PAGE

 6
       EXAMINATION BY MR. FINDLEY                  5
 7

 8

 9

10

11

12

13                   (NO EXHIBITS MARKED)

14

15

16

17

18

19

20

21

22

23

24
```

JERRY L. WRIGHT
February 08, 2021

```
 1                         (Whereupon, the parties

 2                          agreed to proceed via

 3                          Zoom and waive read-in

 4                          by reporter.)

 5                    (Witness duly sworn.)

 6                 JERRY L. WRIGHT,

 7   called as a witness herein, having been first duly

 8   sworn, was examined and testified as follows:

 9                        EXAMINATION

10   BY MR. FINDLEY:

11       Q.   Good morning again, Mr. Wright.  My name is

12   Bryan Findley, and we're here for your deposition and

13   your lawsuit against Dr. Mitcheff and Wexford.  Is

14   that your understanding as well?

15       A.   Yes.

16       Q.   Have you ever had your deposition taken

17   before?

18       A.   When I went to court a long time ago.  Not

19   for you guys, no.

20       Q.   So you've never been involved in a civil

21   deposition or anything like that?

22       A.   No.

23       Q.   Okay.  So we're going to lay some ground

24   rules and kind of get some basic discussion points
```

JERRY L. WRIGHT
February 08, 2021

1    out of the way first and then we can get rolling.

2    Does that make sense?

3        A.    Yes.

4        Q.    Okay.  So you understand that you're under

5    oath right now?

6        A.    Yes.

7        Q.    On that note, would you please state your

8    name for the record, your full name, please?

9        A.    Jerry L. Wright.

10       Q.    Okay.  So the way this works is it's a

11   question and answer format, and so, of course, it's

12   complicated in the light of COVID and everything

13   that's going on.  So I'm going to ask you to do me a

14   couple favors.  First, let's try not to talk over

15   each other.  I'm going to ask you questions.  Give me

16   a second to finish my question before you begin

17   answering.  Once I've concluded, then please answer,

18   and I will do my best not to interrupt you through

19   your answer as well.  Of course, we're via Zoom, so

20   this is going to have some weird hiccups, but we'll

21   try and work through that.  Are you in agreement with

22   that?

23       A.    Yes.

24       Q.    Okay.  And per fect answer.  Because this is

JERRY L. WRIGHT
February 08, 2021

```
 1    a transcribed deposition we're not going to be --

 2    uh-huhs and uh-uhs and verbal cue don't really do

 3    well, so please stick to verbal answers, yes, no,

 4    that kind of thing.  If you don't understand a

 5    question, let me know.

 6        A.    Okay.

 7        Q.    If you want me to rephrase it or repeat it,

 8    let me know.  No problems with that.  But I will ask

 9    that if I ask you a question and you respond to it, I

10    will assume that it was truthful and that you

11    understood the question.  Fair?

12        A.    Fair.

13        Q.    And then lastly, we can take a break at any

14    time if you'd like to.  I don't expect this thing to

15    go terribly long.  We will go through some

16    preliminary stuff, get a lot of stuff out of the way.

17    I know this about your knee, so we've got to get

18    through that stuff.  Is that fair (inaudible).

19        A.    I can't hear you.  Try now.

20        Q.    Can you hear me -- am I audible now?

21        A.    Yeah.

22        Q.    I'll repeat what I said briefly.  I know

23    you've got a lot of noise going on back there.  If

24    you need a break, let me know.
```

JERRY L. WRIGHT
February 08, 2021

```
 1        A.    Okay.

 2        Q.    I'll try to keep this kind of concise.  I

 3   don't expect it to take too long, but just let me

 4   know.  Does that work?  Are you ready to begin?

 5        A.    Yes.

 6        Q.    Okay.  So, Mr. Wright, can you give me your

 7   date of birth, please?

 8        A.    ███████████████

 9        Q.    And where were you born?

10        A.    Dixon County, Indiana.  Princeton.

11        Q.    Have you ever gone by any other names?

12        A.    No.

13        Q.    Nicknames, anything like that?

14        A.    No.

15        Q.    Are you married or have you ever been

16   married?

17        A.    No.

18        Q.    Any children?

19        A.    Yes.

20        Q.    How many?

21        A.    One.

22        Q.    And can you give me his or her age?

23        A.    She would be 32.

24        Q.    Okay.  What is your DOC number just for the
```

JERRY L. WRIGHT
February 08, 2021

1   record?

2       A.   DOC number is 142040.

3       Q.   Have you ever been convicted of a felony

4   other than in the state of Indiana?

5       A.   No.

6       Q.   Have you ever been convicted of a crime that

7   involves fraud or dishonesty?

8       A.   No.

9       Q.   Perjury?

10      A.   No.

11      Q.   What felonies have you been convicted of in

12  Indiana?

13      A.   Child molestation.

14      Q.   Is that what you're serving your sentence

15  for?

16      A.   Yes.

17      Q.   Are you presently under any medical

18  conditions or taking any medications that would

19  prevent you from understanding my questions today?

20      A.   No.

21      Q.   Are you on any medications or have you been

22  on any medications that would affect your ability to

23  recall events or respond to my questions over the

24  past couple of years?

JERRY L. WRIGHT
February 08, 2021

```
 1      A.   No.
 2      Q.   I'd like to jump into just kind of your
 3  basic education background.  Did you complete high
 4  school or a GED?
 5      A.   I got a GED here and a college degree here.
 6      Q.   Fantastic.  Any vocational training?
 7      A.   No.  Well, I went to Ivy Tech drug
 8  counseling.
 9      Q.   Okay.  What's your college degree in?
10      A.   Pardon?
11      Q.   Is there a focus on your college degree?
12      A.   I would like to get out and continue the
13  counseling part of it, get a higher degree in
14  counseling.
15      Q.   Okay.  Do you have any medical training?
16      A.   No.
17      Q.   So it's accurate to say you've never trained
18  as a nurse or a physician's assistant or a physician?
19      A.   No.
20      Q.   And can you tell me, did you do anything to
21  prepare for this deposition?
22      A.   No.
23      Q.   Did you bring anything with you to this
24  deposition?
```

JERRY L. WRIGHT
February 08, 2021

1      A.   No.

2      Q.   No documents, nothing?

3      A.   No.  I was at work and came here.

4      Q.   Prior to your incarceration, what was

5   your -- what was your job?  What did you do?

6      A.   I worked at a warehouse in Evansville,

7   Indiana.

8      Q.   For how long were you there?

9      A.   Probably about four or five years.

10      Q.   What did you do before that?

11      A.   I was a stone setter building mausoleums.

12      Q.   In cemeteries, graveyards, that kind of

13   thing?

14      A.   Yes.  Yes.

15      Q.   Did you ever serve in the armed forces?

16      A.   No.

17      Q.   So you mentioned you just came from your job

18   there in the facility.  What is it that they have you

19   doing there?

20      A.   I work in the wire shop.  I heat shrink

21   wires together.

22      Q.   Okay.  And what do they pay you for that?

23      A.   11.59 an hour.

24      Q.   That's pretty descent for that facility, is

JERRY L. WRIGHT
February 08, 2021

1   it not?

2        A.   Yes.

3        Q.   Litigation history.  I kind of just want to

4   jump into that real quick.  I think I know the

5   answers.

6             Aside from this lawsuit, have you ever filed

7   a lawsuit before?

8        A.   No, sir.

9        Q.   All right.  Before your -- have you always

10  been at Wabash?

11       A.   Yes.

12       Q.   And when did you first arrive at Wabash?

13       A.   I think it was 2003, right at the end of

14  2003.

15       Q.   Where did you resign before that?

16       A.   Gibson County, Indiana, Fort Branch.

17       Q.   And did you live alone?

18       A.   No.  I lived with my daughter.

19       Q.   And is it accurate that the present lawsuit,

20  why we're talking today, relates entirely to the

21  medical care you received there at Wabash?

22       A.   Yes.

23       Q.   Have you ever been disciplined?  I wouldn't

24  image an so based off your job, but have you been

JERRY L. WRIGHT
February 08, 2021

1  disciplined by DOC?

2      A.   No.  Never had a write up at all.

3      Q.   I don't imagine they give you that kind of a

4  job if you have much of a discipline history.

5      A.   No.  You would not get that job.

6      Q.   Okay.  So we said -- remind me, you said it

7  was 2003 that you arrived at Wabash?

8      A.   About right -- probably December 2003, right

9  at the end, right around Christmas.

10     Q.   Got it.  Okay.  So medical history prior to

11  DOC, did you have a doctor that you saw on a regular

12  basis?

13     A.   No, sir.  I didn't have any problems at all

14  really.

15     Q.   Can you tell me how -- I'm going to try to

16  phrase this accurately.  Prior to your incarceration,

17  do you recall the last time you saw a physician or

18  any kind of medical personnel whatsoever?

19     A.   It was probably about a year before I got

20  incarcerated.

21     Q.   Okay.  And why did you see a medical

22  professional?

23     A.   I was having -- I think it was high blood

24  pressure at the time.  I was seeing like little white

JERRY L. WRIGHT
February 08, 2021

1   dots fly in front of my eyes and stuff.

2        Q.   Any knee issues then?

3        A.   No.

4        Q.   Okay.  So I've reviewed your complaint.  And

5   when I say complaint, do you know the document I'm

6   referring to?

7        A.   Yes.  That would be the ...

8        Q.   That --

9        A.   Pardon?

10       Q.   I'm sorry.  That would be the amended

11   complaint, correct?

12       A.   Yes.  Yes.

13       Q.   So did you draft that yourself?

14       A.   Yes.  I had somebody -- I had somebody in

15   the law library help me.

16       Q.   Okay.  Do you recall who that was?

17       A.   It was a clerk.  I can't remember his name.

18       Q.   Sure.

19       A.   He typed it for me, because my typing

20   skills -- that's not my forte.

21       Q.   Is everything stated in the complaint

22   truthful?

23       A.   Yes.  To the best of my knowledge it is,

24   yes.

JERRY L. WRIGHT
February 08, 2021

1        Q.   Okay.  And you recalled that a colleague of

2   mine on behalf of our clients sent you written

3   questions known as discovery; you recall that,

4   correct?

5        A.   Right.

6        Q.   And you provided responses to those, right?

7        A.   Correct, yes.

8        Q.   And everything in those responses is

9   truthful?

10       A.   Yes.

11       Q.   Now, do you understand or, I guess, should

12   I -- I should phrase it differently.

13            Under the court's scheduling order and the

14   rules which govern this litigation, there is an

15   obligation to supplement that information.  Are you

16   aware of that?

17       A.   No, I was not.

18       Q.   As the information comes through, rules

19   require us to supplement our responses back to one

20   another.

21       A.   Correct.

22       Q.   So on that note, have you uncovered any new

23   information since responding to our discovery

24   requests from a couple of months ago?

JERRY L. WRIGHT
February 08, 2021

1      A.   Not really.  I talked to Dr. Byrd last week.

2  I think he's got me scheduled for a couple more

3  injections in both leg -- or one in each leg.

4      Q.   Okay.

5      A.   Trying to ease the pain.

6      Q.   Sure.  Do you presently have a cell mate?

7      A.   Yes.

8      Q.   And who is that?

9      A.   Ed Nunley (phonetic).

10     Q.   Can you spell that for our court reporter,

11 please, if you know?

12     A.   I don't know how he spells it.

13     Q.   It's N-e-d?

14     A.   His first name is Lawrence and his middle

15 name is Ed.  We all call him Ed here.

16     Q.   And it's Nunley?

17     A.   Yes.  I think it's -- I don't want to try to

18 spell it and get it messed up.

19     Q.   That's okay.  I think we've got enough to go

20 with it.  Have you always had Ed as your roommate?

21     A.   No.  For 12 years, I had Michael Brown, and

22 he got moved out of the facility, so ...

23     Q.   Okay.  And were those your only two

24 roommates you've had?

JERRY L. WRIGHT
February 08, 2021

1    A.    I had one for about a month and then they

2    moved him also.

3    Q.    Have you discussed the allegations in your

4    complaint with either of your -- let me stop and back

5    up.

6          How long have you been with Ed?

7    A.    Probably about -- just about a year now.

8    Q.    And prior to that, it was ...

9    A.    Mike Brown.

10   Q.    So have you discussed with either Ed or Mike

11   the allegations contained in your complaint?

12   A.    Very little.  I don't -- I don't discuss my

13   private stuff with people.  That's one thing I don't

14   do here.

15   Q.    So do they know that you filed a lawsuit?

16   A.    Yes.  Because the legal medical counsel in

17   the room, they ...

18   Q.    Okay.  Let me just start with just some

19   basic.  Why don't you give me an overview, give me an

20   idea in your own words.  I've got the complaint.  Why

21   are we here today?  Why are you suing Wexford and

22   Dr. Mitcheff?

23   A.    I was told that I was put in to have -- be

24   seen by an orthopedic specialist about my leg

JERRY L. WRIGHT
February 08, 2021

1   popping.  Because sometimes when it pops it sounds

2   like a .22 and it tears me up.  And he told me that

3   he was putting me in to see a specialist.

4        Q.   Okay.  So because -- so we're here because

5   you didn't see a specialist; is that true?

6        A.   Correct.  Correct.

7        Q.   And other than -- who put you in to see the

8   specialist?

9        A.   Dr. Byrd said he was going to.  Samuel Byrd.

10       Q.   And why were you not seen by a specialist?

11       A.   You'll have to ask -- I have no idea.  All I

12   know is he told me I was referred and then nothing

13   ever happened.  I got sent for an MRI and that was

14   it.

15       Q.   Now, in your complaint you say that it's

16   based off of a policy that you weren't seen; is that

17   accurate?

18       A.   Yes.

19       Q.   What policy?

20       A.   Well, I believe that the -- I can't prove

21   it, because I don't have your policy.  But they

22   prioritize like if I can walk and all that, they're

23   not really too concerned about the pain or none of

24   that stuff.

JERRY L. WRIGHT
February 08, 2021

1      Q.   So you think a formal policy along those

2   lines exists?

3      A.   I don't know.  I haven't -- like I said, I

4   don't have your policy.  I would not know.

5      Q.   Okay.  Well, let's back up then and let's

6   talk about Dr. -- before we do that, I think it might

7   be easier if we go through your medical records.

8           Have you had a chance to look through your

9   medical records?

10     A.   Yes.  I've glanced through a few of them,

11  yes.

12     Q.   Is there -- this kind of spans a couple of

13  years; is that accurate?

14     A.   Yes.

15     Q.   So is there anything in your medical records

16  that you would have a reason to disagree with the

17  statements in there or the notes that have been made?

18  Is there anything in there that you would disagree

19  with?

20     A.   I don't see how a torn meniscus can heal

21  itself but I'm not a medical expert.  I still have

22  problems with that same area.  I mean, it's tender

23  and it hurts.

24     Q.   Here.  Let me rephrase.  My question is more

JERRY L. WRIGHT
February 08, 2021

1    towards what's actually just stated in the records,

2    not whether or not you disagree with the treatments

3    or the medicine.  I'm not a doctor.  I don't know how

4    that stuff works.  But I'm looking at your records

5    and I want to know from you, if I am looking through

6    your records, can I rely on those things to be

7    accurate as far as the reporting, what you said, what

8    the doctor said, et cetera?

9        A.   Yes, I believe so.  Yes.

10       Q.   So when did your knee -- when did you think,

11   Son of a gun, I've got a knee issue?

12       A.   I was standing in my room.  I was fixing a

13   cup of coffee and somebody said my name, and I

14   turned.  Mike Brown was in the room with me at the

15   time.  And it sounded like a gunshot went off.  And

16   from that time on, I've been having problems ever

17   since.

18       Q.   When was that?

19       A.   I want to say right at the -- probably about

20   May of 2017.

21       Q.   According to --

22       A.   And --

23       Q.   Yes, sir.  Please continue.

24       A.   I reported that right after it happened in

JERRY L. WRIGHT
February 08, 2021

1    May of '17, and it did not get entered into the

2    computer.  When I was at chronic care, Dr. Byrd

3    forgot to enter it.  So 90 days later he entered it

4    in and then I went to get the MRI right after that.

5    Well, first it was an X-ray, then an MRI.

6        Q.   Well, I'm looking here at your medical

7    records and I see that the first real -- let me -- I

8    apologize.

9        A.   I do know June is when I went for the MRI,

10   and it was about a month before that is when the

11   X-ray was.

12       Q.   Okay.  So you presented to Dr. Byrd sometime

13   in May complaining of the knee pain; is that

14   accurate?

15       A.   Yes.

16       Q.   And then Dr. Byrd ordered an X-ray?

17       A.   Yes.

18       Q.   And so that X-ray did occur, correct?

19       A.   I couldn't hear.

20       Q.   Sure.  That X-ray did occur, correct?

21       A.   Yes.

22       Q.   And I think in approximately mid May, so

23   around May 16th, you were provided a knee sleeve?

24       A.   Yes.

JERRY L. WRIGHT
February 08, 2021

```
 1      Q.   What is a knee sleeve?

 2      A.   It's a piece of elastic that you just pull

 3  up.  It's supposed to provide -- give you

 4  stabilization around your knee.

 5      Q.   And did it?

 6      A.   No.  It kept sliding down.  So we went to a

 7  universal where you can put Velcro around to make it

 8  tight.

 9      Q.   Eventually you did but not immediately,

10  correct?

11      A.   Correct.  Not immediately, correct.

12      Q.   So it was May you presented with the knee

13  pain, in May you got the X-ray, and then in June you

14  got the MRI, correct?

15      A.   Correct.

16      Q.   And that was --

17      A.   I'm not for certain but sometime in between

18  then I think I got my first injection in the right

19  leg.  It might have been after June.  I can't

20  remember.

21      Q.   In your right leg?

22      A.   Left leg.  I'm sorry.  I had it in both

23  legs, so ...

24      Q.   At this time, you weren't have any problems
```

JERRY L. WRIGHT
February 08, 2021

```
 1   with your right knee, were you?

 2        A.   No.

 3        Q.   Okay.  So you go to Terra Haute Regional

 4   Hospital and have an MRI; is that correct?

 5        A.   Correct.

 6        Q.   Have you ever have an MRI before?

 7        A.   No, sir.

 8        Q.   They're fun, aren't they?

 9        A.   Yeah.

10        Q.   That was sarcastic.  So they read the MRI

11   and they say you've got what?  What's the problem

12   they find with your leg?

13        A.   They said there was some cysts on my bone,

14   torn on my meniscus, some -- well, the cartilage is

15   basically gone where my knee is.

16        Q.   And at that stage what was the plan to help

17   you out?

18        A.   Well, they put me on -- like I said, they

19   gave me a knee injection, put me on Tylenol, tried

20   some Cymbalta stuff but it's psych medicine, and I'm

21   not going to take psych medicine for pain, so ...

22        Q.   That's fair.  So at that time were you

23   requesting to the see any specialist or anything like

24   that?
```

JERRY L. WRIGHT
February 08, 2021

1    A.    Yes.

2    Q.    Why?

3    A.    Well, I -- like I said, I didn't think a

4  torn meniscus would heal itself and I was concerned

5  about the cyst and the leakage that they say was

6  going on.  I didn't know what all that meant.

7    Q.    So where did you learn or come to the

8  opinion that the torn meniscus was going to heal

9  itself?

10    A.    That was just my thinking.  I didn't read it

11  nowhere or nothing.  It was just my thinking.

12    Q.    Did you express that concern to Dr. Byrd?

13    A.    Yes.

14    Q.    And what was Dr. Byrd's response?

15    A.    That's when they told me he was going to

16  start trying to get me to see a specialist.

17    Q.    As early as July '17?

18    A.    Yes, right around in there.

19    Q.    And how often thereafter would you go in

20  through your injections?

21    A.    The first injection lasted for six months

22  and then we waited like a couple months after that

23  and I did another one and that lasted for like four.

24  I've had like seven or eight.  I can't remember for

```
 1    sure.

 2         Q.    Sure.  Now, I'm looking at your medical

 3    records here and through December of 17, it's

 4    reflecting that you would like to continue

 5    conservative management with repeat injections and a

 6    universal knee brace.  Does that sound familiar?

 7         A.    That's what he was doing.  I didn't actually

 8    request it.  That's -- I didn't refuse any of his

 9    treatment, is what I'm saying.  If he told me this is

10    what he was going to do, this is what we did.  I

11    didn't refuse anything.

12         Q.    So at this stage the knee sleeve has been

13    sliding and you've requested a universal knee sleeve.

14    What's the difference?

15         A.    Well, you can make it as tight and it stays

16    where it's supposed to stay; it don't slide down.

17         Q.    Okay.  And you did receive that; is that

18    true?

19         A.    Yes.

20         Q.    And throughout this period of time, you're

21    getting the knee injections, right?

22         A.    Correct.  I'm scheduled for one in each leg,

23    so I don't know.  They don't tell you when it's going

24    to happen.
```

JERRY L. WRIGHT
February 08, 2021

1       Q.   Right.  How was your -- how was the pain?

2   How was your gait?  How was your walking throughout

3   this time?

4       A.   I've got a limp.  I limp all the time.  Some

5   days it's worse than others.  I think it's got a lot

6   to do with the weather outside, actually.

7       Q.   Now, is it --

8       A.   It pops all the time still, so ...

9       Q.   Is the limp because of pain?

10      A.   Yes.

11      Q.   Do you have -- and I'm talking in 2018, not

12  presently.  So in 2018 was the limp because of pain

13  or was it also because of -- or partially because of

14  range of motion with the knee?

15      A.   It could have been a little of that.  Again,

16  I'm not a physician.  I can't tell you that.

17      Q.   So do you recall a conversation that

18  Dr. Byrd had with you regarding a consult he had with

19  an outside physician?

20      A.   No.  He just said he was going to put me in

21  for one.  He didn't say that he had one.

22      Q.   And do you recall that he had a conversation

23  with you about his conversation with another doctor

24  about your knee?

JERRY L. WRIGHT
February 08, 2021

1      A.   I can't remember.  I don't think he did.

2      Q.   So if I have a note here from Dr. Byrd that

3  he spoke with a Dr. Kuenzli, and that's

4  K-u-e-n-z-l-i, as well as Dr. Denning, D-e-n-n-i-n-g,

5  regarding what the MRI results of your knee showed

6  and that as part of that conversation, he was advised

7  that these issues are normally watched for a two-year

8  period, does that ring a bell at all?

9      A.   I think he did show me an e-mail, but I was

10  so far back, I couldn't see what it was saying.

11      Q.   So if I were to express to you that Dr. Byrd

12  had discussed this issue with an outside physician

13  who said one way to prevent this is to keep an eye on

14  it for a couple of years, do conservative treatment,

15  would you have any reason to disagree with me?

16      A.   No.

17      Q.   When was the first time that you heard that

18  your -- that Dr. Byrd's request for an outside

19  consultation was denied?

20      A.   Well, I never did hear that.  I just never

21  got sent out -- never got seen by anybody or never

22  was told anything else.

23      Q.   So how did you come to learn of

24  Dr. Mitcheff?

JERRY L. WRIGHT
February 08, 2021

1    A.    That was -- that would be somebody in here

2  was telling me that's who is over Dr. Byrd, that's

3  who makes the decisions.

4    Q.    So you never met Dr. Mitcheff?

5    A.    Never seen the man at all.

6    Q.    Never spoke to him?

7    A.    Never spoke to him.  Don't even know what --

8  don't even know who he is or what he looks like.

9    Q.    So you would have -- is it accurate to say

10 that you have no information whatsoever as to why

11 Dr. Mitcheff would have denied the outside ortho

12 request?

13   A.    None.

14   Q.    So it's 2018 and you're doing your shots and

15 you started physical therapy on the knee?

16   A.    I did it in my room.

17   Q.    According to who?

18   A.    Dr. Byrd gave me a pack to do out of the

19 room.

20   Q.    When was this?

21   A.    That was probably right around the beginning

22 of 2019, somewhere around in there.

23   Q.    So late 2018, beginning of 2019 is when the

24 physical therapy began?

JERRY L. WRIGHT
February 08, 2021

1        A.    Right.

2        Q.    Okay.  And how was that overall?

3        A.    I mean, I did it in my room, just basically

4    pulling it up and working it around, walking, going

5    up and down steps, did exercising.

6        Q.    Did it help at all?

7        A.    It had seemed to for a little bit and then

8    went right back to the way it was hurting all the

9    time.

10        Q.    And so you were receiving your shots while

11    also doing the physical therapy?

12        A.    Yes.

13        Q.    When did your right knee begin to cause you

14    issues?

15        A.    Probably right around late 2018, early 2019,

16    because I was transferring all my weight to one leg

17    when I would walk.

18        Q.    And so you are -- is it accurate to say that

19    you are correlating that your left knee has caused

20    you to use your right knee more as the reason why

21    your right knee was injured?

22        A.    Correct.

23        Q.    Has anybody ever told you with 100 percent

24    certainty that's the reason?

JERRY L. WRIGHT
February 08, 2021

1     A.    No.

2     Q.    Has anybody been able to identify why your

3  knee is -- your right knee is hurting?

4     A.    They did an X-ray on it.  That's about it.

5     Q.    What did the X-ray say?

6     A.    I can't remember exactly.  It's like

7  inflammation in it.  Arthritis is what they're

8  calling it, so ...

9     Q.    So if we were to be casually conversing

10  about what's the problem with your knee, what would

11  you say the problem with your left knee and what is

12  the problem with your right knee?

13     A.    I think the problem with my left knee is I

14  don't think the meniscus is healed and I think the

15  cartilage -- I think it's bone on bone.

16     Q.    Okay.

17     A.    And like I say, the right leg is just from

18  me compensating trying to take -- get the weight off

19  the left leg.

20     Q.    So looking at your medical records, I'm

21  looking at the beginning of 2019 where you've seen a

22  nurse and you have to describe -- and you're

23  describing getting your knee aligned before you can

24  start walking.  Does that ring a bell?

JERRY L. WRIGHT
February 08, 2021

```
 1      A.    Sometimes I stand up and I can't just take

 2   off.  I have to -- because it kind of like hitches --

 3   it catches.

 4      Q.    Okay.

 5      A.    Then it will pop and then it will be able to

 6   go.

 7      Q.    Is that painful?

 8      A.    Yeah, absolutely.  Yes.

 9      Q.    And so in early 2019, did you have a second

10   X-ray of your knee, of your left knee?

11      A.    Yes.

12      Q.    And what do you recall that X-ray showing?

13      A.    Basically about the same as the first other

14   than they didn't recommend me to go out.

15      Q.    So is it accurate to say you also -- can you

16   hear me now?

17      A.    Uh-huh.

18      Q.    Is it fair to say they also saw some

19   arthritis there as well?

20      A.    Correct.

21      Q.    Okay.

22      A.    That's what they claim, correct.

23      Q.    Well, and you have no reason to doubt --

24      A.    No.
```

JERRY L. WRIGHT
February 08, 2021

```
 1        Q.    -- what the X-ray technician said, right?

 2        A.    Right.

 3        Q.    So it's around that time you received a

 4   patella knee wrap.  Does that sound familiar?

 5        A.    Patella -- I guess that would be the

 6   universal.

 7        Q.    I think so, yeah.

 8        A.    Oh, what -- well, yeah, it had straps on it

 9   too.  It was like an arthritis thing.  It --

10        Q.    And how did that -- did that help out?

11        A.    It seemed to, but the Velcro didn't last

12   very long.  It wore out pretty quick.  Because you've

13   got to pull it on and off all the time.

14        Q.    So when you say it seemed to, describe for

15   me, if you can, what you mean by it seemed to help.

16        A.    The tighter you would make it, it would make

17   my knee more stable.  It didn't feel like it was

18   popping near as bad or wobbling.

19        Q.    Did that help with the pain as well?

20        A.    Correct.

21        Q.    And at this time are you still using like

22   Tylenol off of commissary and things like that?

23        A.    Dr. Byrd prescribed me 500 milligrams of

24   Tylenol because we can't get that here.
```

JERRY L. WRIGHT
February 08, 2021

```
 1       Q.    Right.
 2       A.    He put on Keppra which seems to help with
 3   the pain also.
 4       Q.    The Keppra was more recent than not, though,
 5   correct?
 6       A.    Yeah.  It was like right in the middle of
 7   2019 when he put me on that.  It seemed to knock the
 8   edge off for a while.  Now sometimes it help,
 9   sometimes it don't.
10       Q.    All through this period of time, you're
11   requesting the outside evaluation?
12       A.    Correct.
13       Q.    So if some of the things that you've been
14   provided were helping, why still request the ortho?
15       A.    Because I don't know what's going on with my
16   leg.  I don't know what's really wrong with it.
17       Q.    And why do you think the ortho would be able
18   to give you any better answers than what you are
19   receiving?
20       A.    Because Dr. Byrd don't specialize in knee.
21       Q.    Now, is it fair to say, though, that -- I
22   mean, we're in -- we're in middle of 2019 by now.
23   We've been at this for two years from --
24       A.    Correct.
```

JERRY L. WRIGHT
February 08, 2021

```
 1        Q.    -- '17 on.
 2              And you've been working with the medical
 3    folks for a while now, getting your injections,
 4    getting physical therapy recommendation, getting your
 5    knee braces, multiple X-rays, a variety of care,
 6    that -- is it accurate to say that they were working
 7    through the issue with you?
 8        A.    I believe they were trying to, yes.
 9        Q.    Okay.  Now, in mid 2019, do you recall any
10    conversations with you about your BMI?  Do you know
11    what I mean when I use the term BMI?
12        A.    No.
13        Q.    Body mass index; does that sound familiar?
14        A.    Yeah, I believe it was mentioned.
15        Q.    Is there a -- do you recall at all in mid
16    July -- or in mid 2019 where it was recommended to
17    you effectively to lose some weight to try and take
18    the pressure off your knee?
19        A.    Yeah.  He told me to lose 10 or 20 pounds,
20    something like that.
21        Q.    Okay.  And have you lost that weight?  Have
22    you been trying to?
23        A.    Yes, I've been trying to.
24        Q.    And how much weight would you say you've
```

JERRY L. WRIGHT
February 08, 2021

 1   been able to lose?

 2        A.   Probably about 9, 10 pounds.  I would say

 3   about 170, right in there.  I don't -- you know, I

 4   don't fluctuate.  I stay right there.

 5        Q.   And as you've lost a little bit of that

 6   weight, has it helped at all?

 7        A.   Can't really tell.  It's basically the same.

 8        Q.   When did you get the X-ray on your right

 9   knee?

10        A.   That was probably 2019 sometime.

11        Q.   And you got a knee brace for that one,

12   correct?

13        A.   Correct.

14        Q.   So right now do you have two knee braces on?

15        A.   At this time I've only got one on because

16   the other one's Velcro, it wore out.  Dr. Byrd just

17   put in to get me two new ones.

18        Q.   So where are you at right now?  It's 2021.

19   You're medical records in 2020 were sparse by

20   comparison.  How are the knees today?

21        A.   They both still aggravate me.  I'm just

22   coming off some Prednisone.  The Prednisone seemed to

23   help for a week, took most of the pain away.  But the

24   next couple of days I'm going to be hurting because

JERRY L. WRIGHT
February 08, 2021

1    I'm coming off the inflammatory stuff.

2       Q.   So this is a constitutional claim, right.

3    Where we're here because you've alleged that my

4    clients have violated your rights under the 8th

5    Amendment, correct?

6       A.   Correct.

7       Q.   And you understand that that means that to

8    move forward with your claim, that these folks would

9    need to have been deliberately indifferent to your

10   medical needs?

11      A.   Correct.

12      Q.   What does "deliberately indifferent" mean to

13   you?

14      A.   To me it's kind of like they don't really

15   care as long as you can move around.  It's not life

16   threatening, so they kind of put you on the back

17   burner.

18      Q.   So the records that we've discussed and your

19   medical history that we've discussed in your opinion

20   is being put on the back burner?

21      A.   Correct.  Because there's other people that

22   have the same condition that I've got that have

23   had -- been took out and had knee replacements.

24   There's one fellow in the dorm that had the same leg,

JERRY L. WRIGHT
February 08, 2021

1    has had three knee replacements on it.

2        Q.   So is that your ultimate goal, is a knee

3    replacement?

4        A.   I just want my knee fixed.  Whether it's

5    the-- where they just go in there and clean the stuff

6    out or -- I don't -- like it's arthroscopic or

7    something like that.

8        Q.   Right.

9        A.   It don't have to be a total knee

10   replacement.  Just fix my knee, that's all I want.

11       Q.   So why do you claim that Dr. Mitcheff has

12   been deliberately indifferent?

13       A.   Like I said, I think he's the one that makes

14   the decisions on who goes out and who stays here.  I

15   can't prove that, but that's what I've been told by

16   several different people.

17       Q.   So it's -- is he being deliberately

18   indifferent if he has a medical reason not to send

19   you out?

20       A.   I would say no, but I don't know.

21       Q.   We're almost through.  I've just got a

22   handful more questions for you.  I want to talk about

23   your responses to the interrogatories.  I just want

24   to go through those real quick here shortly, but I

JERRY L. WRIGHT
February 08, 2021

1    want to touch base on Wexford a little bit more.

2            So let's go back and just discuss your claim

3    against Wexford which relies on this policy of

4    denying necessary medical treatment; is that accurate

5    of what your claim is?

6        A.   Right.  Correct.

7        Q.   And so you don't know whether or not a

8    written policy exists to support your allegations,

9    correct?

10       A.   Correct.  I haven't seen the policy.  I

11   don't know.

12       Q.   Are you alleging that Wexford has the

13   written policy or that the employees failed to follow

14   the real policy?

15       A.   I believe the employees failed to follow the

16   real policy.

17       Q.   Where are you getting the knowledge about

18   the policies that we're discussing?

19       A.   I'm just going off inmates telling me stuff.

20   I don't ...

21       Q.   Let's be real, right.  They talk.  They talk

22   about medical care.  They complain.  It's like

23   anything.  And so is that one of the basis of your

24   understanding of the policy and how that works coming

JERRY L. WRIGHT
February 08, 2021

1    from various conversations you've had with other

2    inmates?

3        A.    Correct.

4        Q.    Let me pull up those interrogatories real

5    quick.  So it is not your allegation that

6    Dr. Mitcheff is purposely doing this to injure you,

7    is it?

8        A.    I don't think he's purposely doing it to

9    injure me, no.  I just think he's -- I don't know how

10   to -- I don't know how to word it -- just don't

11   really care.

12       Q.    What gives you that impression?

13       A.    Just the way things have been going.  I

14   mean ...

15       Q.    Is it solely because you haven't received

16   the outside consultation that you believe you need

17   the reason why you think Dr. Mitcheff is being

18   deliberately indifferent?

19       A.    I believe so, yes.

20       Q.    In your interrogatory you were asked if you

21   were claiming any emotional injuries.  So we

22   discussed a lot of the allegations.  Right now I want

23   to get into what you're trying to get out of this

24   lawsuit for damages as well as injunctive relief.  So

JERRY L. WRIGHT
February 08, 2021

1    I'm trying to get an idea of the broad scheme of

2    monetary where we're at.  Okay?

3            So in your interrogatories you were asked,

4    are you claiming any psychiatric psychological or

5    emotional injuries as a result of what's going on in

6    your complaint and you've answered no.  Is that still

7    accurate?

8        A.   Correct.

9        Q.   What do you want to get out of this lawsuit?

10       A.   Monetarily or ...

11       Q.   We'll start with that, sure.

12       A.   I don't know.  I haven't really given it

13   much thought.  I just threw out a number.

14       Q.   And at the end of the day, what is your

15   final goal with this lawsuit?

16       A.   I would like to get my knee fixed and maybe

17   compensated for the pain that I went through for

18   three, four years.

19       Q.   Now, if you receive your orthopedic consult

20   that you've been requesting, what then?

21       A.   I don't know.  We'd have to see what

22   happened then.

23       Q.   And if the -- if that doctor said there's

24   nothing really more we can do for you right now, what

JERRY L. WRIGHT
February 08, 2021

1   would your response be?

2        A.   Well, I'd probably have to just go with what

3   he said.  I'm not an expert.  I don't know.

4        Q.   Are you at all able to do anything other

5   than go to your job?  Are you able to go out and --

6   I've lost the word for it.  I think you know what I'm

7   trying to ask.  That's not fair to me.  Let me get

8   the right question.

9        A.   Do you want to know if I can go out and run?

10  No, I can't do that.

11       Q.   Sure.  Did you ever have those days where

12  you just can't think of the word and then you just

13  want to, you know, just bury your head when you

14  finally realize what the word is?

15       A.   Yeah.

16       Q.   That's the word for me.  The word is

17  recreation.  Are you able to do anything

18  recreationally?

19       A.   I can walk for short.  Like the track, I can

20  walk around maybe once or twice, and I've got to take

21  a rest.

22       Q.   And what --

23       A.   When it's cold outside, I don't even -- I

24  can't even get out.

JERRY L. WRIGHT
February 08, 2021

```
 1        Q.   Well, and I'm sure COVID has limited that
 2   too, correct?
 3        A.   Yeah.  We've been locked down for three
 4   months, so ...
 5        Q.   Have you avoided COVID?
 6        A.   Yes.
 7        Q.   Good.  So you're not claiming any emotional
 8   distress, correct?
 9        A.   Correct.
10        Q.   Any other injuries or conditions that we've
11   not discussed today that are relevant to your claim?
12        A.   No.
13        Q.   Have you received any bills for any of your
14   medical treatment?
15        A.   No, sir.
16        Q.   Have we talked about all your injuries that
17   we're -- that's part of this lawsuit?
18        A.   Yes.
19        Q.   How about your claims against Dr. Mitcheff?
20   Have we discussed everything that you're bringing
21   against him?
22        A.   Correct.
23        Q.   Is there anything that we're leaving out
24   that we haven't talked about?
```

JERRY L. WRIGHT
February 08, 2021

1        A.   No.  Like I said, he has never seen me, he's

2   never talked to me.  He don't know nothing about my

3   course other than the paperwork that he gets.  He

4   don't know nothing about it me, hasn't ever seen me.

5        Q.   Sure.  Right.  What about Wexford as a

6   whole?  Have we discussed everything relevant to your

7   claims about your grievances with Wexford?

8        A.   I believe so, yes.

9        Q.   Is there anything else?  It's your time to

10   tee off.  Is there anything else that you want to

11   discuss that you think is relevant to your complaint

12   that we haven't discussed?

13        A.   Well, there's sometimes where we go see a

14   nurse, they try to -- they try to override what the

15   doctor says to do.  That's one complaint I've got.

16        Q.   Okay.

17        A.   They're not a medical doctor, so they

18   shouldn't be doing that.  They're trying to be like a

19   gatekeeper.

20             MR. FINDLEY:  Sure.  Well, Mr. Wright.  I

21   appreciate the time this morning, and I think those

22   are all the questions I have for you.

23             THE WITNESS:  Okay.

24             MR. FINDLEY:  A little housekeeping that

JERRY L. WRIGHT
February 08, 2021

1    we've got to do to clean this thing up.  The way this

2    works now is that with the conclusion of the

3    deposition, you have the ability to read and sign off

4    on your transcript, or you can waive that signature.

5    And the point is that you are given the opportunity

6    for a period of time to review the transcript

7    produced by our court reporter for accuracy only

8    insofar as transcription errors may be found.

9            THE WITNESS:  Yes.

10           MR. FINDLEY:  So you can't change a no to a

11   yes.  You can't change names.  You can change -- you

12   can identify misspelling or common phrases that may

13   have been misheard.  It is totally your call

14   whichever you'd like to do.

15           THE WITNESS:  No, I'll sign it.

16           MR. FINDLEY:  Which would you like to do?

17   Would you like to read or would you like to waive

18   your signature?

19           THE WITNESS:  I would probably like to read

20   it and then I'll sign it and send it back to you or

21   however you want to do it.

22           MR. FINDLEY:  We will work with the court

23   reporter and the folks there at Wabash to figure out

24   a way to get you that opportunity.

JERRY L. WRIGHT
February 08, 2021

```
 1              Madame Court Reporter, is there anything
 2      that I am forgetting?
 3              THE REPORTER:  No, I think we're good.
 4              MR. FINDLEY:  Okay.  Mr. Wright, one last
 5      chance.  Anything you'd like to add?
 6              THE WITNESS:  No, that's it.
 7              MR. FINDLEY:  Well, Mr. Wright, good luck
 8      with your knee as we proceed.  Stay healthy with
 9      COVID and stay warm.
10              THE WITNESS:  All right.  You too.  Thank
11      you.
12                    (Witness excused 9:20 a.m.)
13
14
15
16
17
18
19
20
21
22
23
24
```

JERRY L. WRIGHT
February 08, 2021

```
 1                  UNITED STATES DISTRICT COURT
 2            for the Southern District of Indiana
                      Terra Haute Division
 3
    JERRY WRIGHT,                 )
 4                                )
            Plaintiff,            )
 5                                )
       -vs-                       )  No. 2:20-CV-00127
 6                                )
    WEXFORD OF INDIANA, LLC,      )
 7   MICHAEL MITCHEFF,            )
                                  )
 8           Defendants.          )
    _____ )
 9

10

11          I, JERRY L. WRIGHT, being first duly sworn,
    on oath, say that I am the deponent in the aforesaid
    deposition, that I have read the foregoing transcript
12   of my deposition taken 8th day of February, 2021
    consisting of Pages 1 through 45 inclusive, taken at
13   the aforesaid time and place and that the foregoing
    is a true and correct transcript of my testimony so
14   given.

15          _____ Corrections have been submitted
            _____ No corrections have been
16          submitted

17

18          _____

19          JERRY L. WRIGHT, Deponent

20   SUBSCRIBED AND SWORN TO
    before me this_____ day
21   of _____A.D., 2021.

22   _____
    Notary Public
23

24
```

JERRY L. WRIGHT
February 08, 2021

```
 1   STATE OF ILLINOIS  )
                        )  SS:
 2   COUNTY OF C O O K  )

 3          I, Emily R. Pellegrino, Certified Shorthand

 4   Reporter in and for the County of Cook, State of

 5   Illinois, do hereby certify that on the 8th day of

 6   February, 2021, the deposition of the witness, JERRY

 7   L. WRIGHT, called by the Defendants, was taken

 8   remotely, reported stenographically and was

 9   thereafter reduced to typewriting through

10   computer-aided transcription.

11          The said witness, JERRY L. WRIGHT, was first

12   duly sworn to tell the truth, the whole truth, and

13   nothing but the truth, and was then examined upon

14   oral interrogatories.

15          I further certify that the foregoing is a

16   true, accurate and complete record of the questions

17   asked of and answers made by the said witness, at the

18   time and place hereinabove referred to.

19          The signature of the witness was not waived

20   by agreement.

21          Pursuant to Rule 207(a) of the Rules of the

22   Supreme Court of Illinois if deponent fails to read

23   and sign this deposition transcript within 28 days or

24   make other arrangements for reading and signing
```

JERRY L. WRIGHT
February 08, 2021

1    thereof, this deposition transcript may be used as

2    fully as though signed, and the instant certificate

3    will then evidence such failure to read and sign this

4    deposition transcript as the reason for signature

5    being waived.

6            The undersigned is not interested in the

7    within case, nor of kin or counsel to any of the

8    parties.

9            Witness my official signature and seal as

10   Notary Public, in and for Cook County, Illinois on

11   this 8th day of February, A.D., 2021.

12

13

14

15

16           Emily R. Pellegrino, CSR
             200 West Jackson Boulevard, Suite 600
17           Chicago, Illinois  60606

18
     License No. 084-004503
19

20

21

22

23

24

JERRY L. WRIGHT
February 08, 2021

---

**1**

---

**10**
   34:19 35:2
**100**
   29:23
**11.59**
   11:23
**12**
   16:21
**14**
   8:8
**142040**
   9:2
**16th**
   21:23
**17**
   21:1 24:17
   25:3 34:1
**170**
   35:3
**1964**
   8:8

---

**2**

---

**20**
   34:19
**2003**
   12:13,14
   13:7,8
**2017**
   20:20
**2018**
   26:11,12
   28:14,23
   29:15
**2019**
   28:22,23
   29:15 30:21
   31:9 33:7,22
   34:9,16
   35:10
**2020**
   35:19

**2021**
   35:18
**22**
   18:2

---

**3**

---

**32**
   8:23

---

**5**

---

**500**
   32:23

---

**8**

---

**8th**
   36:4

---

**9**

---

**9**
   35:2
**90**
   21:3
**9:20**
   45:12

---

**A**

---

**a.m.**
   45:12
**ability**
   9:22 44:3
**able**
   30:2 31:5
   33:17 35:1
   41:4,5,17
**absolutely**
   31:8
**accuracy**
   44:7
**accurate**
   10:17 12:19
   18:17 19:13

   20:7 21:14
   28:9 29:18
   31:15 34:6
   38:4 40:7
**accurately**
   13:16
**add**
   45:5
**advised**
   27:6
**affect**
   9:22
**age**
   8:22
**aggravate**
   35:21
**ago**
   5:18 15:24
**agreed**
   5:2
**agreement**
   6:21
**aligned**
   30:23
**allegation**
   39:5
**allegations**
   17:3,11 38:8
   39:22
**alleged**
   36:3
**alleging**
   38:12
**amended**
   14:10
**Amendment**
   36:5
**answer**
   6:11,17,19,
   24
**answered**
   40:6
**answering**
   6:17
**answers**
   7:3 12:5
   33:18

**anybody**
   27:21 29:23
   30:2
**apologize**
   21:8
**appreciate**
   43:21
**approximately**
   21:22
**area**
   19:22
**armed**
   11:15
**around**
   13:9 21:23
   22:4,7 24:18
   28:21,22
   29:4,15 32:3
   36:15 41:20
**arrive**
   12:12
**arrived**
   13:7
**arthritis**
   30:7 31:19
   32:9
**arthroscopic**
   37:6
**asked**
   39:20 40:3
**assistant**
   10:18
**assume**
   7:10
**audible**
   7:20
**avoided**
   42:5
**aware**
   15:16

---

**B**

---

**back**
   7:23 15:19
   17:4 19:5
   27:10 29:8

JERRY L. WRIGHT
February 08, 2021

| | | | |
|---|---|---|---|
| 36:16,20 | blood | | claim |
| 38:2 44:20 | 13:23 | | 31:22 36:2,8 |
| **background** | **BMI** | **C** | 37:11 38:2,5 |
| 10:3 | 34:10,11 | | 42:11 |
| **bad** | **Body** | **call** | **claiming** |
| 32:18 | 34:13 | 16:15 44:13 | 39:21 40:4 |
| **base** | **bone** | **called** | 42:7 |
| 38:1 | 23:13 30:15 | 5:7 | **claims** |
| **based** | **born** | **calling** | 42:19 43:7 |
| 12:24 18:16 | 8:9 | 30:8 | **clean** |
| **basic** | **brace** | **care** | 37:5 44:1 |
| 5:24 10:3 | 25:6 35:11 | 12:21 21:2 | **clerk** |
| 17:19 | **braces** | 34:5 36:15 | 14:17 |
| **basically** | 34:5 35:14 | 38:22 39:11 | **clients** |
| 23:15 29:3 | **Branch** | **cartilage** | 15:2 36:4 |
| 31:13 35:7 | 12:16 | 23:14 30:15 | **coffee** |
| **basis** | **break** | **casually** | 20:13 |
| 13:12 38:23 | 7:13,24 | 30:9 | **cold** |
| **began** | **briefly** | **catches** | 41:23 |
| 28:24 | 7:22 | 31:3 | **colleague** |
| **begin** | **bring** | **caused** | 15:1 |
| 6:16 8:4 | 10:23 | 29:19 | **college** |
| 29:13 | **bringing** | **cell** | 10:5,9,11 |
| **beginning** | 42:20 | 16:6 | **come** |
| 28:21,23 | **broad** | **cemeteries** | 24:7 27:23 |
| 30:21 | 40:1 | 11:12 | **comes** |
| **behalf** | **Brown** | **certain** | 15:18 |
| 15:2 | 16:21 17:9 | 22:17 | **commissary** |
| **believe** | 20:14 | **certainty** | 32:22 |
| 18:20 20:9 | **Bryan** | 29:24 | **common** |
| 34:8,14 | 5:12 | **cetera** | 44:12 |
| 38:15 39:16, | **building** | 20:8 | **comparison** |
| 19 43:8 | 11:11 | **chance** | 35:20 |
| **bell** | **burner** | 19:8 45:5 | **compensated** |
| 27:8 30:24 | 36:17,20 | **change** | 40:17 |
| **best** | **bury** | 44:10,11 | **compensating** |
| 6:18 14:23 | 41:13 | **Child** | 30:18 |
| **better** | **Byrd** | 9:13 | **complain** |
| 33:18 | 16:1 18:9 | **children** | 38:22 |
| **bills** | 21:2,12,16 | 8:18 | **complaining** |
| 42:13 | 24:12 26:18 | **Christmas** | 21:13 |
| **birth** | 27:2,11 | 13:9 | **complaint** |
| 8:7 | 28:2,18 | **chronic** | 14:4,5,11,21 |
| **bit** | 32:23 33:20 | 21:2 | 17:4,11,20 |
| 29:7 35:5 | 35:16 | **civil** | 18:15 40:6 |
| 38:1 | **Byrd's** | 5:20 | 43:11,15 |
| | 24:14 27:18 | | |

JERRY L. WRIGHT
February 08, 2021

complete
10:3
complicated
6:12
computer
21:2
concern
24:12
concerned
18:23 24:4
concise
8:2
concluded
6:17
conclusion
44:2
condition
36:22
conditions
9:18 42:10
conservative
25:5 27:14
constitutional
36:2
consult
26:18 40:19
consultation
27:19 39:16
contained
17:11
continue
10:12 20:23
25:4
conversation
26:17,22,23
27:6
conversations
34:10 39:1
conversing
30:9
convicted
9:3,6,11
correct
14:11 15:4,
7,21 18:6
21:18,20

22:10,11,14,
15 23:4,5
25:22 29:22
31:20,22
32:20 33:5,
12,24 35:12,
13 36:5,6,
11,21 38:6,
9,10 39:3
40:8 42:2,8,
9,22
correlating
29:19
counsel
17:16
counseling
10:8,13,14
County
8:10 12:16
couple
6:14 9:24
15:24 16:2
19:12 24:22
27:14 35:24
course
6:11,19 43:3
court
5:18 16:10
44:7,22 45:1
court's
15:13
COVID
6:12 42:1,5
45:9
crime
9:6
cue
7:2
cup
20:13
Cymbalta
23:20
cyst
24:5
cysts
23:13

---

**D**

D-E-N-N-I-N-G
27:4
damages
39:24
date
8:7
daughter
12:18
day
40:14
days
21:3 26:5
35:24 41:11
December
13:8 25:3
decisions
28:3 37:14
degree
10:5,9,11,13
deliberately
36:9,12
37:12,17
39:18
denied
27:19 28:11
Denning
27:4
denying
38:4
deposition
5:12,16,21
7:1 10:21,24
44:3
descent
30:24
describe
30:22 32:14
describing
30:23
difference
25:14
different
37:16

differently
15:12
disagree
19:16,18
20:2 27:15
discipline
13:4
disciplined
12:23 13:1
discovery
15:3,23
discuss
17:12 38:2
43:11
discussed
17:3,10
27:12 36:18,
19 39:22
42:11,20
43:6,12
discussing
38:18
discussion
5:24
dishonesty
9:7
distress
42:8
Dixon
8:10
DOC
8:24 9:2
13:1,11
doctor
13:11 20:3,8
26:23 40:23
43:15,17
document
14:5
documents
11:2
doing
11:19 25:7
28:14 29:11
39:6,8 43:18
dorm
36:24

JERRY L. WRIGHT
February 08, 2021

dots
  14:1
doubt
  31:23
draft
  14:13
drug
  10:7
duly
  5:5,7

**E**

e-mail
  27:9
early
  24:17 29:15
  31:9
ease
  16:5
easier
  19:7
Ed
  16:9,15,20
  17:6,10
edge
  33:8
education
  10:3
effectively
  34:17
eight
  24:24
either
  17:4,10
elastic
  22:2
emotional
  39:21 40:5
  42:7
employees
  38:13,15
end
  12:13 13:9
  40:14

enter
  21:3
entered
  21:1,3
entirely
  12:20
errors
  44:8
et
  20:8
evaluation
  33:11
Evansville
  11:6
events
  9:23
Eventually
  22:9
exactly
  30:6
EXAMINATION
  5:9
examined
  5:8
excused
  45:12
exercising
  29:5
exists
  19:2 38:8
expect
  7:14 8:3
expert
  19:21 41:3
express
  24:12 27:11
eye
  27:13
eyes
  14:1

**F**

facility
  11:18,24
  16:22

failed
  38:13,15
fair
  7:11,12,18
  23:22 31:18
  33:21 41:7
familiar
  25:6 32:4
  34:13
Fantastic
  10:6
far
  20:7 27:10
favors
  6:14
fect
  6:24
feel
  32:17
fellow
  36:24
felonies
  9:11
felony
  9:3
figure
  44:23
filed
  12:6 17:15
final
  40:15
finally
  41:14
find
  23:12
Findley
  5:10,12
  43:20,24
  44:10,16,22
  45:4,7
finish
  6:16
first
  5:7 6:1,14
  12:12 16:14
  21:5,7 22:18
  24:21 27:17

31:13
five
  11:9
fix
  37:10
fixed
  37:4 40:16
fixing
  20:12
fluctuate
  35:4
fly
  14:1
focus
  10:11
folks
  34:3 36:8
  44:23
follow
  38:13,15
follows
  5:8
forces
  11:15
forgetting
  45:2
forgot
  21:3
formal
  19:1
format
  6:11
Fort
  12:16
forte
  14:20
forward
  36:8
found
  44:8
four
  11:9 24:23
  40:18
fraud
  9:7

JERRY L. WRIGHT
February 08, 2021

front
 14:1
full
 6:8
fun
 23:8

**G**

gait
 26:2
gatekeeper
 43:19
gave
 23:19 28:18
GED
 10:4,5
getting
 25:21 30:23
 34:3,4 38:17
Gibson
 12:16
give
 6:15 8:6,22
 13:3 17:19
 22:3 33:18
given
 40:12 44:5
glanced
 19:10
goal
 37:2 40:15
goes
 37:14
going
 5:23 6:13,
 15,20 7:1,23
 13:15 18:9
 23:21 24:6,
 8,15 25:10,
 23 26:20
 29:4 33:15
 35:24 38:19
 39:13 40:5
good
 5:11 42:7
 45:3,7

govern
 15:14
graveyards
 11:12
grievances
 43:7
ground
 5:23
guess
 15:11 32:5
gun
 20:11
gunshot
 20:15
guys
 5:19

**H**

handful
 37:22
happen
 25:24
happened
 18:13 20:24
 40:22
Haute
 23:3
head
 41:13
heal
 19:20 24:4,8
healed
 30:14
healthy
 45:8
hear
 7:19,20
 21:19 27:20
 31:16
heard
 27:17
heat
 11:20
help
 14:15 23:16

 29:6 32:10,
 15,19 33:2,8
 35:23
helped
 35:6
helping
 33:14
hiccups
 6:20
high
 10:3 13:23
higher
 10:13
history
 12:3 13:4,10
 36:19
hitches
 31:2
Hospital
 23:4
hour
 11:23
housekeeping
 43:24
hurting
 29:8 30:3
 35:24
hurts
 19:23

**I**

idea
 17:20 18:11
 40:1
identify
 30:2 44:12
image
 12:24
imagine
 13:3
immediately
 22:9,11
impression
 39:12

inaudible
 7:18
incarcerated
 13:20
incarceration
 11:4 13:16
index
 34:13
Indiana
 8:10 9:4,12
 11:7 12:16
indifferent
 36:9,12
 37:12,18
 39:18
inflammation
 30:7
inflammatory
 36:1
information
 15:15,18,23
 28:10
injection
 22:18 23:19
 24:21
injections
 16:3 24:20
 25:5,21 34:3
injunctive
 39:24
injure
 39:6,9
injured
 29:21
injuries
 39:21 40:5
 42:10,16
inmates
 38:19 39:2
interrogatori
es
 37:23 39:4
 40:3
interrogatory
 39:20
interrupt
 6:18

JERRY L. WRIGHT
February 08, 2021

**involved**
5:20
**involves**
9:7
**issue**
20:11 27:12
34:7
**issues**
14:2 27:7
29:14
**Ivy**
10:7

**J**

**Jerry**
5:6 6:9
**job**
11:5,17
12:24 13:4,5
41:5
**July**
24:17 34:16
**jump**
10:2 12:4
**June**
8:8 21:9
22:13,19

**K**

**K-U-E-N-Z-L-I**
27:4
**keep**
8:2 27:13
**Keppra**
33:2,4
**kept**
22:6
**kind**
5:24 7:4 8:2
10:2 11:12
12:3 13:3,18
19:12 31:2
36:14,16
**knee**

7:17 14:2
20:10,11
21:13,23
22:1,4,12
23:1,15,19
25:6,12,13,
21 26:14,24
27:5 28:15
29:13,19,20,
21 30:3,10,
11,12,13,23
31:10 32:4,
17 33:20
34:5,18
35:9,11,14
36:23 37:1,
2,4,9,10
40:16 45:8
**knees**
35:20
**knock**
33:7
**know**
7:5,8,17,22,
24 8:4 12:4
14:5 16:11,
12 17:15
18:12 19:3,4
20:3,5 21:9
24:6 25:23
28:7,8
33:15,16
34:10 35:3
37:20 38:7,
11 39:9,10
40:12,21
41:3,6,9,13
43:2,4
**knowledge**
14:23 38:17
**known**
15:3
**Kuenzli**
27:3

**L**

**lasted**
24:21,23
**lastly**
7:13
**late**
28:23 29:15
**law**
14:15
**Lawrence**
16:14
**lawsuit**
5:13 12:6,7,
19 17:15
39:24 40:9,
15 42:17
**lay**
5:23
**leakage**
24:5
**learn**
24:7 27:23
**leaving**
42:23
**left**
22:22 29:19
30:11,13,19
31:10
**leg**
16:3 17:24
22:19,21,22
23:12 25:22
29:16 30:17,
19 33:16
36:24
**legal**
17:16
**legs**
22:23
**library**
14:15
**life**
36:15
**light**
6:12

**limited**
42:1
**limp**
26:4,9,12
**lines**
19:2
**litigation**
12:3 15:14
**little**
13:24 17:12
26:15 29:7
35:5 38:1
43:24
**live**
12:17
**lived**
12:18
**locked**
42:3
**long**
5:18 7:15
8:3 11:8
17:6 32:12
36:15
**look**
19:8
**looking**
20:4,5 21:6
25:2 30:20,
21
**looks**
28:8
**lose**
34:17,19
35:1
**lost**
34:21 35:5
41:6
**lot**
7:16,23 26:5
39:22
**luck**
45:7

JERRY L. WRIGHT
February 08, 2021

**M**

Madame
  45:1
made
  19:17
make
  6:2 22:7
  25:15 32:16
makes
  28:3 37:13
man
  28:5
management
  25:5
married
  8:15,16
mass
  34:13
mate
  16:6
mausoleums
  11:11
mean
  19:22 29:3
  32:15 33:22
  34:11 36:12
  39:14
means
  36:7
meant
  24:6
medical
  9:17 10:15
  12:21 13:10,
  18,21 17:16
  19:7,9,15,21
  21:6 25:15
  30:20 34:2
  35:19 36:10,
  19 37:18
  38:4,22
  42:14 43:17
medications
  9:18,21,22

medicine
  20:3 23:20,
  21
meniscus
  19:20 23:14
  24:4,8 30:14
mentioned
  11:17 34:14
messed
  16:18
met
  28:4
Michael
  16:21
mid
  21:22 34:9,
  15,16
middle
  16:14 33:6,
  22
Mike
  17:9,10
  20:14
milligrams
  32:23
mine
  15:2
misheard
  44:13
misspelling
  44:12
Mitcheff
  5:13 17:22
  27:24 28:4,
  11 37:11
  39:6,17
  42:19
molestation
  9:13
Monetarily
  40:10
monetary
  40:2
month
  17:1 21:10
months
  15:24 24:21,

22 42:4
morning
  5:11 43:21
motion
  26:14
move
  36:8,15
moved
  16:22 17:2
MRI
  18:13 21:4,
  5,9 22:14
  23:4,6,10
  27:5
multiple
  34:5

**N**

N-E-D
  16:13
name
  5:11 6:8
  14:17 16:14,
  15 20:13
names
  8:11 44:11
necessary
  38:4
need
  7:24 36:9
  39:16
needs
  36:10
never
  5:20 10:17
  13:2 27:20,
  21 28:4,5,6,
  7 43:1,2
Nicknames
  8:13
noise
  7:23
note
  6:7 15:22
  27:2

notes
  19:17
number
  8:24 9:2
  40:13
Nunley
  16:9,16
nurse
  10:18 30:22
  43:14

**O**

oath
  6:5
obligation
  15:15
occur
  21:18,20
okay
  5:23 6:4,10,
  24 7:6 8:1,
  6,24 10:9,15
  11:22 13:6,
  10,21 14:4,
  16 15:1
  16:4,19,23
  17:18 18:4
  19:5 21:12
  23:3 25:17
  29:2 30:16
  31:4,21
  34:9,21 40:2
  43:16,23
  45:4
once
  6:17 41:20
one
  8:21 15:19
  16:3 17:1,13
  24:23 25:22
  26:21 27:13
  29:16 35:11,
  15 36:24
  37:13 38:23
  43:15 45:4

JERRY L. WRIGHT
February 08, 2021

one's
  35:16
ones
  35:17
opinion
  24:8 36:19
opportunity
  44:5,24
order
  15:13
ordered
  21:16
ortho
  28:11 33:14,
  17
orthopedic
  17:24 40:19
outside
  26:6,19
  27:12,18
  28:11 33:11
  39:16 41:23
override
  43:14
overview
  17:19

―――――――

        P

pack
  28:18
pain
  16:5 18:23
  21:13 22:13
  23:21 26:1,
  9,12 32:19
  33:3 35:23
  40:17
painful
  31:7
paperwork
  43:3
Pardon
  10:10 14:9
part
  10:13 27:6
  42:17

partially
  26:13
parties
  5:1
past
  9:24
patella
  32:4,5
pay
  11:22
people
  17:13 36:21
  37:16
percent
  29:23
period
  25:20 27:8
  33:10 44:6
Perjury
  9:9
personnel
  13:18
phonetic
  16:9
phrase
  13:16 15:12
phrases
  44:12
physical
  28:15,24
  29:11 34:4
physician
  10:18 13:17
  26:16,19
  27:12
physician's
  10:18
piece
  22:2
plan
  23:16
please
  6:7,8,17 7:3
  8:7 16:11
  20:23
point
  44:5

points
  5:24
policies
  38:18
policy
  18:16,19,21
  19:1,4 38:3,
  8,10,13,14,
  16,24
pop
  31:5
popping
  18:1 32:18
pops
  18:1 26:8
pounds
  34:19 35:2
Prednisone
  35:22
preliminary
  7:16
prepare
  10:21
prescribed
  32:23
present
  12:19
presented
  21:12 22:12
presently
  9:17 16:6
  26:12
pressure
  13:24 34:18
pretty
  11:24 32:12
prevent
  9:14 27:13
Princeton
  8:10
prior
  11:4 13:10,
  16 17:8
prioritize
  18:22
private
  17:13

probably
  11:9 13:8,19
  17:7 20:19
  28:21 29:15
  35:2,10 41:2
  44:19
problem
  23:11 30:10,
  11,12,13
problems
  7:8 13:13
  19:22 20:16
  22:24
proceed
  5:2 45:8
produced
  44:7
professional
  13:22
prove
  18:20 37:15
provide
  22:3
provided
  15:6 21:23
  33:14
psych
  23:20,21
psychiatric
  40:4
psychological
  40:4
pull
  22:2 32:13
  39:4
pulling
  29:4
purposely
  39:6,8
put
  17:23 18:7
  22:7 23:18,
  19 26:20
  33:2,7 35:17
  36:16,20
putting
  18:3

JERRY L. WRIGHT
February 08, 2021

---

**Q**

question
6:11,16 7:5,
9,11 19:24
41:8
questions
6:15 9:19,23
15:3 37:22
43:22
quick
12:4 32:12
37:24 39:5

---

**R**

range
26:14
read
23:10 24:10
44:3,17,19
read-in
5:3
ready
8:4
real
12:4 21:7
37:24 38:14,
16,21 39:4
realize
41:14
reason
19:16 27:15
29:20,24
31:23 37:18
39:17
recall
9:23 13:17
14:16 15:3
26:17,22
31:12 34:9,
15
recalled
15:1
receive
25:17 40:19

received
12:21 32:3
39:15 42:13
receiving
29:10 33:19
recent
33:4
recommend
31:14
recommendatio
n
34:4
recommended
34:16
record
6:8 9:1
records
19:7,9,15
20:1,4,6
21:7 25:3
30:20 35:19
36:18
recreation
41:17
recreationall
y
41:18
referred
18:12
referring
14:6
reflecting
25:4
refuse
25:8,11
regarding
26:18 27:5
Regional
23:3
regular
13:11
relates
12:20
relevant
42:11 43:6,
11

relief
39:24
relies
38:3
rely
20:6
remember
14:17 22:20
24:24 27:1
30:6
remind
13:6
repeat
7:7,22 25:5
rephrase
7:7 19:24
replacement
37:3,10
replacements
36:23 37:1
reported
20:24
reporter
5:4 16:10
44:7,23
45:1,3
reporting
20:7
request
25:8 27:18
28:12 33:14
requested
25:13
requesting
23:23 33:11
40:20
requests
15:24
require
15:19
resign
12:15
respond
7:9 9:23
responding
15:23

response
24:14 41:1
responses
15:6,8,19
37:23
rest
41:21
result
40:5
results
27:5
review
44:6
reviewed
14:4
right
6:5 12:9,13
13:8,9 15:5,
6 20:19,24
21:4 22:18,
21 23:1
24:18 25:21
26:1 28:21
29:1,8,13,
15,20,21
30:3,12,17
32:1,2 33:1,
6 35:3,4,8,
14,18 36:2
37:8 38:6,21
39:22 40:24
41:8 43:5
45:10
rights
36:4
ring
27:8 30:24
rolling
6:1
room
17:17 20:12,
14 28:16,19
29:3
roommate
16:20
roommates
16:24

JERRY L. WRIGHT
February 08, 2021

| | | |
|---|---|---|
| **rules**<br>  5:24 15:14,<br>  18<br>**run**<br>  41:9<br><br>———————————<br><br>S<br>———————————<br><br>**Samuel**<br>  18:9<br>**sarcastic**<br>  23:10<br>**saying**<br>  25:9 27:10<br>**says**<br>  43:15<br>**scheduled**<br>  16:2 25:22<br>**scheduling**<br>  15:13<br>**scheme**<br>  40:1<br>**school**<br>  10:4<br>**second**<br>  6:16 31:9<br>**see**<br>  13:21 18:3,<br>  5,7 19:20<br>  21:7 23:23<br>  24:16 27:10<br>  40:21 43:13<br>**seeing**<br>  13:24<br>**send**<br>  37:18 44:20<br>**sense**<br>  6:2<br>**sentence**<br>  9:14<br>**serve**<br>  11:15<br>**serving**<br>  9:14<br>**setter**<br>  11:11 | **seven**<br>  24:24<br>**several**<br>  37:16<br>**shop**<br>  11:20<br>**short**<br>  41:19<br>**shortly**<br>  37:24<br>**shots**<br>  28:14 29:10<br>**show**<br>  27:9<br>**showed**<br>  27:5<br>**showing**<br>  31:12<br>**shrink**<br>  11:20<br>**sign**<br>  44:3,15,20<br>**signature**<br>  44:4,18<br>**sir**<br>  12:8 13:13<br>  20:23 23:7<br>  42:15<br>**skills**<br>  14:20<br>**sleeve**<br>  21:23 22:1<br>  25:12,13<br>**slide**<br>  25:16<br>**sliding**<br>  22:6 25:13<br>**solely**<br>  39:15<br>**Son**<br>  20:11<br>**sound**<br>  25:6 32:4<br>  34:13<br>**sounded**<br>  20:15 | **sounds**<br>  18:1<br>**spans**<br>  19:12<br>**sparse**<br>  35:19<br>**specialist**<br>  17:24 18:3,<br>  5,8,10 23:23<br>  24:16<br>**specialize**<br>  33:20<br>**spell**<br>  16:10,18<br>**spells**<br>  16:12<br>**spoke**<br>  27:3 28:6,7<br>**stabilization**<br>  22:4<br>**stable**<br>  32:17<br>**stage**<br>  23:16 25:12<br>**stand**<br>  31:1<br>**standing**<br>  20:12<br>**start**<br>  17:18 24:16<br>  30:24 40:11<br>**started**<br>  28:15<br>**state**<br>  6:7 9:4<br>**stated**<br>  14:21 20:1<br>**statements**<br>  19:17<br>**stay**<br>  25:16 35:4<br>  45:8,9<br>**stays**<br>  25:15 37:14<br>**steps**<br>  29:5 |

| |
|---|
| **stick**<br>  7:3<br>**stone**<br>  11:11<br>**stop**<br>  17:4<br>**straps**<br>  32:8<br>**stuff**<br>  7:16,18 14:1<br>  17:13 18:24<br>  20:4 23:20<br>  36:1 37:5<br>  38:19<br>**suing**<br>  17:21<br>**supplement**<br>  15:15,19<br>**support**<br>  38:8<br>**supposed**<br>  22:3 25:16<br>**sure**<br>  14:18 16:6<br>  21:20 25:1,2<br>  40:11 41:11<br>  42:1 43:5,20<br>**sworn**<br>  5:5,8<br><br>———————————<br><br>T<br>———————————<br><br>**take**<br>  7:13 8:3<br>  23:21 30:18<br>  31:1 34:17<br>  41:20<br>**taken**<br>  5:16<br>**taking**<br>  9:18<br>**talk**<br>  6:14 19:6<br>  37:22 38:21<br>**talked**<br>  16:1 42:16,<br>  24 43:2 |

JERRY L. WRIGHT
February 08, 2021

talking
  12:20 26:11
tears
  18:2
Tech
  10:7
technician
  32:1
tee
  43:10
tell
  10:20 13:15
  25:23 26:16
  35:7
telling
  28:2 38:19
tender
  19:22
term
  34:11
Terra
  23:3
terribly
  7:15
testified
  5:8
Thank
  45:10
the--
  37:5
therapy
  28:15,24
  29:11 34:4
thing
  7:4,14 11:13
  17:13 32:9
  44:1
things
  20:6 32:22
  33:13 39:13
think
  12:4,13
  13:23 16:2,
  17,19 19:1,6
  20:10 21:22
  22:18 24:3
  26:5 27:1,9

30:13,14,15
  32:7 33:17
  37:13 39:8,
  9,17 41:6,12
  43:11,21
  45:3
thinking
  24:10,11
thought
  40:13
threatening
  36:16
three
  37:1 40:18
  42:3
threw
  40:13
tight
  22:8 25:15
tighter
  32:16
time
  5:18 7:14
  13:17,24
  20:15,16
  22:24 23:22
  25:20 26:3,
  4,8 27:17
  29:9 32:3,
  13,21 33:10
  35:15 43:9,
  21 44:6
today
  9:19 12:20
  17:21 35:20
  42:11
told
  17:23 18:2,
  12 24:15
  25:9 27:22
  29:23 34:19
  37:15
torn
  19:20 23:14
  24:4,8
total
  37:9

totally
  44:13
touch
  38:1
track
  41:19
trained
  10:17
training
  10:6,15
transcribed
  7:1
transcript
  44:4,6
transcription
  44:8
transferring
  29:16
treatment
  25:9 27:14
  38:4 42:14
treatments
  20:2
true
  18:5 25:18
truthful
  7:10 14:22
  15:9
try
  6:14,21 7:19
  8:2 13:15
  16:17 34:17
  43:14
trying
  16:5 24:16
  30:18 34:8,
  22,23 39:23
  40:5 41:7
  43:18
turned
  20:14
twice
  41:20
two
  16:23 33:23
  35:14,17

two-year
  27:7
Tylenol
  23:19 32:22,
  24
typed
  14:19
typing
  14:19

---

**U**

Uh-huh
  31:17
uh-huhs
  7:2
uh-uhs
  7:2
ultimate
  37:2
uncovered
  15:22
understand
  6:4 7:4
  15:11 36:7
understanding
  5:14 9:19
  38:24
understood
  7:11
universal
  22:7 25:6,13
  32:6

---

**V**

variety
  34:5
various
  39:1
Velcro
  22:7 32:11
  35:16
verbal
  7:2,3

JERRY L. WRIGHT
February 08, 2021

violated
  36:4
vocational
  10:6

---

## W

Wabash
  12:10,12,21
  13:7 44:23
waited
  24:22
waive
  5:3 44:4,17
walk
  18:22 29:17
  41:19,20
walking
  26:2 29:4
  30:24
want
  7:7 12:3
  16:17 20:5,
  19 37:4,10,
  22,23 38:1
  39:22 40:9
  41:9,13
  43:10 44:21
warehouse
  11:6
warm
  45:9
watched
  27:7
way
  6:1,10 7:16
  27:13 29:8
  39:13 44:1,
  24
weather
  26:6
week
  16:1 35:23
weight
  29:16 30:18
  34:17,21,24
  35:6

weird
  6:20
went
  5:18 10:7
  20:15 21:4,9
  22:6 29:8
  40:17
Wexford
  5:13 17:21
  38:1,3,12
  43:5,7
whatsoever
  13:18 28:10
whichever
  44:14
white
  13:24
wire
  11:20
wires
  11:21
witness
  5:5,7 43:23
  44:9,15,19
  45:6,10,12
wobbling
  32:18
word
  39:10 41:6,
  12,14,16
words
  17:20
wore
  32:12 35:16
work
  6:21 8:4
  11:3,20
  44:22
worked
  11:6
working
  29:4 34:2,6
works
  6:10 20:4
  38:24 44:2
worse
  26:5

wrap
  32:4
Wright
  5:6,11 6:9
  8:6 43:20
  45:4,7
write
  13:2
written
  15:2 38:8,13
wrong
  33:16

---

## X

X-RAY
  21:5,11,16,
  18,20 22:13
  30:4,5
  31:10,12
  32:1 35:8
X-RAYS
  34:5

---

## Y

yeah
  7:21 23:9
  31:8 32:7,8
  33:6 34:14,
  19 41:15
  42:3
year
  13:19 17:7
years
  9:24 11:9
  16:21 19:13
  27:14 33:23
  40:18

---

## Z

Zoom
  5:3 6:19